✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3





UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHIRON CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>GENENTECH, INC.,<br><br>        Defendant. | CASE NO. CV02-3237-RMT(RCx)<br><br>ORDER TO SHOW CAUSE<br>RE: CONTEMPT |

This matter having come before the court on the application filed by plaintiff Chiron Corporation on April 19, 2002, for an order to show cause why Dennis Slamon should not be held in contempt for failure to comply with subpoena and to enforce the subpoena, and the court having considered the papers filed herein,

IT IS ORDERED that Dennis Slamon appear before this court at the United States Courthouse, 312 North Spring Street, Los Angeles, California, Courtroom 22, at 1:30 p.m. on May 20, 2002. By May 3, 2002, Dennis Slamon shall file with the court, and serve on counsel for plaintiff, his written response to the papers filed by plaintiff; reply, if any, by plaintiff shall be filed and served by May 10, 2002. Courtesy copies of all papers shall be delivered directly to chambers at room 520 at the time of filing.

Plaintiff shall promptly serve a copy of this order on Dennis Slamon by personal delivery and, thereafter, file a proof of service.

DATED: 4/22/02

ROBERT M. TAKASUGI
United States District Sr. Judge

2