ORIGINAL

___ Priority
_✓_ Send
___ Clsd
_✓_ Enter
_✓_ JS-5/JS-6
___ JS-2/JS-3

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2002
CENTRAL DISTRICT OF CALIF.

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 14 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHIRON CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>GENENTECH, INC.,<br><br>   Defendant. | CASE NO. CV02-3237-RMT(RCx)<br><br>ORDER TAKING OFF CALENDAR HEARING ON ORDER TO SHOW CAUSE RE: CONTEMPT AND DISMISSING APPLICATION |

This matter having come before the court on the application by plaintiff Chiron Corporation for an order to show cause why Dennis Slamon should not be held in contempt for failure to comply with subpoena and to enforce the subpoena, the court having, thereupon, issued its order to show cause setting a hearing for May 20, 2002, and plaintiff having now filed a Notice of Plaintiff's Withdrawal of Application for Order to Show Cause Re: Contempt and Request to Take Related Hearing Off Calendar,

IT IS ORDERED that the May 20, 2002 hearing on the Order to Show Cause is taken off calendar and the application by plaintiff for order to show cause re: contempt is hereby dismissed.

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

DATED: MAY 13 ___

_____
ROBERT M. TAKASUGI
United States District Sr. Judge